# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DAVID JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. CATE, et al.,<br><br>　　　　　　Defendants. | Case No. 1:14-cv-01771-SKO<br><br>ORDER APPROVING PARTIES' STIPULATION AND GRANTING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 4)<br><br>Response Deadline: 11/24/2014 |

This civil action was removed from Sacramento County Superior Court on October 27, 2014. 28 U.S.C. § 1441(a). On November 6, 2014, Plaintiff and Defendants Cate and Hartley filed a stipulation to extend the deadline for Defendants to file their response to the complaint.[1] Fed. R. Civ. P. 81(c)(2).

The stipulation is hereby approved and Defendants' response to the complaint is due on or before **November 24, 2014**.

IT IS SO ORDERED.

Dated:   **November 13, 2014**　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are alerted that their stipulation contains a typographical error, as it refers to 2012 rather than 2014.

1