# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DAVID JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>M. CATE, et al.,<br><br>       Defendants. | Case No. 1:14-cv-01771-LJO-SAB<br><br>ORDER VACATING FEBRUARY 25, 2015 HEARING |

On January 9, 2015, Defendants filed a motion to dismiss. (ECF No. 14.) Plaintiff filed an opposition to the motion on February 11, 2015; and Defendants filed a reply on February 17, 2015. (ECF Nos. 17, 18.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on February 25, 2015, at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **February 23, 2015**

UNITED STATES MAGISTRATE JUDGE

1