# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY DAVID JOHNSON,** | 1:14-CV-01771-LJO-SAB |
| **Plaintiff,** | |
| v. | **ORDER TO DISMISS WITH PREJUDICE AND CLOSE ACTION (Doc. 22)** |
| **MATTHEW CATE, et al.,** | |
| **Defendants.** | |

Based on all Parties' stipulation to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

    1.    DISMISSES with prejudice this entire action and all claims;

    2.    VACATES all pending dates and matters; and

    3.    DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **June 10, 2015**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE